**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CARSON L. WHATLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 1:24-CV-00791-JPB-CCB |
| | ) | |
| BOARD OF REGENTS OF THE | ) | **JURY TRIAL DEMANDED** |
| UNIVERSITY SYSTEM OF | ) | |
| GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE TO TAKE DEPOSITION</u>**

**TO: <u>CARSON WHATLEY</u>**
**c/o Jake Knanishu**
**RADFORD SCOTT LLP**
**125 Clairemont Ave.**
**Suite 380**
**Decatur, Georgia 30030**

You are hereby notified, pursuant to the Federal Rules of Civil Procedure, Defendant Board of Regents of the University System of Georgia (BOR or Defendant) will take the deposition of Plaintiff Carson Whatley on **Monday, October 21, 2024 at 10:00 AM EST**. The deposition will be in person and take place at **RADFORD SCOTT, LLP**, 125 Clairemont Ave., Suite 380, Decatur, GA 30030. This deposition will be for the purposes of discovery, cross-examination and all other purposes authorized by the Federal Rules of Civil Procedure. This

deposition will be recorded by stenographic means before an officer duly authorized

to administer oaths and/or a digital reporter using state-of-the-art digital recording

equipment. This deposition may also be recorded by sound and/or visual means and

shall continue until completed.

Respectfully submitted this 2nd day of October, 2024.

**GREGORY, DOYLE, CALHOUN
& ROGERS, LLC**
*Attorneys for Defendant*

*/s/ William P. Miles, Jr.*
William P. Miles, Jr.
Georgia Bar No. 505828
***Special Assistant Attorney General***
Yosra M. Khalifa
Georgia Bar No. 547204

49 Atlanta Street
Marietta, GA 30060
Phone: 770-422-1776
wmiles@gdcrlaw.com
ykhalifa@gdcrlaw.com

2

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1B**

I certify that the foregoing pleading was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1B.

*/s/ William P. Miles, Jr.*
William P. Miles, Jr.

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CARSON L. WHATLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 1:24-CV-00791-JPB-CCB |
| | ) | |
| BOARD OF REGENTS OF THE | ) | **JURY TRIAL DEMANDED** |
| UNIVERSITY SYSTEM OF | ) | |
| GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, I filed the foregoing **Defendant's**

**Notice to Take Deposition** by electronic filing using CM/ECF, which will

automatically send e-mail notification of such filing to the following attorneys of

record:

James Radford
james@decaturlegal.com
Jake Knanishu
jake@decaturlegal.com

*/s/ Yosra M. Khalifa*
William P. Miles, Jr.
Georgia Bar No. 505828
*Special Assistant Attorney General*
Yosra M. Khalifa
Georgia Bar No. 547204