# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Carson L. Whatley | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:24-cv-00791-JPB-CCB |
| | ) | |
| Board of Regents of the University | ) | |
| System of Georgia, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF DEPOSITION</u>

Please take notice that Plaintiff will take the deposition of Kimberly McClenton on December 11, 2024, beginning at 9:30 a.m. Eastern Time and continuing until reasonably necessary for completion of the deposition, in-person at Georgia State University, upon oral examination before a court reporting service who is authorized to administer oaths.

Dated December 2, 2024.

> */s/ Jake Knanishu*
> Jake Knanishu
> Georgia Bar No. 597103
> James Radford
> Georgia Bar No. 108007
> Radford Scott LLP
> 125 Clairemont Ave., Suite 380
> Decatur, Georgia 30030
> T: (404) 400-3600
> jradford@radfordscott.com
> jknanishu@radfordscott.com
> *Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Carson L. Whatley | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:24-cv-00791-JPB-CCB |
| | ) | |
| Board of Regents of the University | ) | |
| System of Georgia, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 2, 2024, I electronically filed this **Certificate of Service** of the foregoing **Notice of Deposition** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

I further certify I served the foregoing **Notice of Deposition** via electronic mail upon counsel for Defendant at the following addresses:

William Miles
Yosra Khalifa
GDCR
wmiles@gdcrlaw.com
ykhalifa@gdcrlaw.com

Respectfully submitted this December 2, 2024.

/s/Jake Knanishu
Jake Knanishu
Georgia Bar No. 597103
Radford Scott LLP
125 Clairemont Ave., Suite 380
Decatur, Georgia 30030
T: (404) 400-3600
jknanishu@radfordscott.com

*Counsel for Plaintiff*