# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CARSON L. WHATLEY, ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:24-CV-00791-JPB-CCB |
| ) | |
| BOARD OF REGENTS OF THE ) | **JURY TRIAL DEMANDED** |
| UNIVERSITY SYSTEM OF ) | |
| GEORGIA, ) | |
| Defendant. ) | |

## JOINT MOTION TO STAY PROCEEDINGS

CARSON L. WHATLEY ("Plaintiff"), and BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA ("Defendant") (collectively referred to as the "Parties") move this Court for an Order staying the proceedings so that the Parties can finalize a tentative settlement agreement. The Parties request that this Court grant a stay in this case through and including March 15, 2025. In support of this Joint Motion, the Parties provide the Court with the following additional information:

1. The Parties have tentatively agreed to resolve Plaintiff's lawsuit filed against Defendant.

2. Although there is an agreement on the monetary terms, the Parties are still working to finalize the terms of the agreement, including some non-monetary terms.

3. Motions for Summary Judgment are currently due on January 21, 2025, and the Parties agree that a stay of this matter is in the best interest of the Parties and the Court to conserve resources. Staying the proceedings will allow the Parties to focus on the remaining settlement issues rather than dispositive motions.

4. Therefore, the Parties ask the Court to stay these proceedings, including the dispositive motion deadlines, until March 15, 2025. The Parties anticipate that they will be able to resolve the remaining settlement terms and make payment prior to March 15, 2025.

5. The Parties certify that they have submitted this Joint Motion to Stay Proceedings Pending Settlement Negotiations in good faith and with no intention to delay any aspect of the judicial process. Furthermore, all Parties to this action consent to this stay.

For the foregoing reasons, the Parties respectfully request that their Motion be granted. A Proposed order is attached hereto.

Respectfully submitted, this 15th day of January, 2025.

| | |
|---|---|
| /s/ Jake Knanishu | /s/ William P. Miles, Jr. |
| Jake Knanishu | William P. Miles, Jr. |
| Georgia Bar No. 597103 | Georgia Bar No. 505828 |
| James Radford | *Special Assistant Attorney General* |
| Georgia Bar No. 108007 | Yosra M. Khalifa |
| | Georgia Bar No. 547204 |
| RADFORD SCOTT, LLP | |
| 125 Clairemont Ave., Suite 380 | GREGORY, DOYLE, CALHOUN & |
| Decatur, GA 30030 | ROGERS, LLC |
| Phone: (404) 400-3600 | 49 Atlanta Street |

jradford@radfordscott.com
jknanishu@radfordscott.com

*Attorneys for Plaintiff*

Marietta, GA 30060
Phone: (770) 422-1776
Fax: (770) 426-6155
wmiles@gdcrlaw.com
ykhalifa@gdcrlaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1B**

I certify that the foregoing pleading was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1B.

/s/ William P. Miles, Jr.
William P. Miles, Jr.
Georgia Bar No. 505828
*Special Assistant Attorney General*
Yosra M. Khalifa
Georgia Bar No. 547204

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CARSON L. WHATLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:24-CV-00791-JPB-CCB |
| ) | |
| BOARD OF REGENTS OF THE ) | **JURY TRIAL DEMANDED** |
| UNIVERSITY SYSTEM OF ) | |
| GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I filed the foregoing **Joint Motion to Stay Proceedings** by electronic filing using CM/ECF, which will automatically send e-mail notification of such filing to the following attorneys of record:

James Radford
james@decaturlegal.com
Jake Knanishu
jake@decaturlegal.com

/s/ William P. Miles, Jr.
William P. Miles, Jr.
Georgia Bar No. 505828
*Special Assistant Attorney General*
Yosra M. Khalifa
Georgia Bar No. 547204